Raymond J. Etcheverry (1010)
Kent O. Roche (2783)
Michael P. Petrogeorge (8870)
PARSONS BEHLE & LATIMER
201 South Main Street, Suite 1800
Salt Lake City, UT  84111
Telephone: (801) 532-1234
Facsimile: (801) 536-6111

Attorneys for Individual Defendants and Nominal
Defendant

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| LEILANI YORK, Derivatively on Behalf of Nominal Defendant FX Energy, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> DAVID N. PIERCE, DENNIS B. GOLDSTEIN, ARNOLD S. GRUNDVIC, JR., RICHARD HARDMAN, TOM LOVEJOY, JERZY MACIOLEK, CLAY NEWTON, ANDREW W. PIERCE and DAVID WORRELL, <br><br> Defendants, <br><br> and <br><br> FX ENERGY, INC., <br><br> Nominal Defendant. | Case No.  2:08-cv-00143 DB <br><br> **STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE** <br><br> Judge Dee Benson |

4831-2026-9832.1

The above-referenced parties, by and through their respective counsel of record, hereby stipulate and agree that this action should be dismissed with prejudice, with the parties each to bear their respective costs and attorneys' fees.

DATED this 20th day of December, 2010.

/s/ Eric L. Zagar
_____

(*Signed by Filing Attorney with permission of Plaintiff'sAttorney*)

Eric L. Zagar
Michael C. Wagner
James H. Miller
BARROWAY TOPAZ KESSLER MELTZER
& CHECK, LLP

James E. Magleby
Christine T. Greenwood
Christopher M. Von Maack
MAGLEBY & GREENWOOD, P.C.

*Attorneys for Plaintiff*

/s/ Raymond J. Etcheverry
_____
Raymond J. Etcheverry
Kent O. Roche
Michael P. Petrogeorge
PARSONS BEHLE & LATIMER

*Attorneys for Individual Defendants and Nominal Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of December, 2010, I electronically filed the foregoing **STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE** with the Clerk of Court using the CM/ECF system, which sent notification of such filing to all counsel of record, including:

***Attorneys for Plaintiff***

Eric L. Zagar
Michael C. Wagner
James H. Miller
BARROWAY TOPAZ KESSLER MELTZER
& CHECK, LLP
280 King of Prussia Road
Radnor, Pennsylvania  19087

James E. Magleby
Christine T. Greenwood
Christopher M. Von Maack
MAGLEBY & GREENWOOD, P.C.
170 South Main Street, Suite 350
Salt Lake City, Utah  84101-3605

/s/ Raymond J. Etcheverry